# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States of America,

    Plaintiff(s),

vs.

Sami Robert Hindiyeh,

    Defendant(s).

Case No.:   2:12-cr-113-JHM-VCF

## SUBSTITUTION OF ATTORNEY

__Sami Robert Hindiyeh__ (Plaintiff)(**Defendant**) hereby substitutes
(Name of Party)

__Anthony M. Goldstein, Esq.__
(New Attorney)

(Address): __2421 Tech Center Court, Suite 100, Las Vegas, NV, 89128__

(Telephone): __(702) 796-1114__, as attorney of record in place and

stead of: __Chad A. Bowers, Esq.__
(Present Attorney)

DATED: __5/29/12__                             _____
                                                               (Signature of Party)

I consent to the above substitution.

DATED: __5/29/12__                             _____
                                                           (Signature of Present Attorney)

. . .

. . .

. . .

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: **MAY 29 2012**                    _____
4                                             (Signature of New Attorney)
5
6  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
7
8                                            APPROVED:
9  DATED: _____5-30-2012_____               _____
10                                            CAM FERENBACH
11                                            UNITED STATES MAGISTRATE JUDGE

2

6/95